## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JEREMY GRAVES                                                                                    PLAINTIFF

v.                                                    **Case No. 4:25-cv-00759-KGB**

**COMMISSIONER,** *Social Security Administration*                                      DEFENDANT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 11). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court adopts the Recommended Disposition as this Court's finding in all respects. The Commissioner's decision is affirmed. Judgment will be entered accordingly.

It is so ordered this 20th day of July, 2026.

_Kristine G. Baker_
_____
Kristine G. Baker
Chief United States District Judge